UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

_____

IN RE:

LAWRENCE VERN DUCHANE and           Case No. 10-22593
SALLY ANN DUCHANE,           Chapter 13
          Hon. Daniel S. Opperman

    Debtor(s).
_____/

## **CHAPTER 13 POST CONFIRMATION**
## **PLAN MODIFICATION**

      NOW COMES the Debtors, LAWRENCE VERN DUCHANE and SALLY ANN DUCHANE, by and through their Attorney, RUSSELL J. PERRY, JR., and hereby proposes to amend the Chapter 13 Plan as follows:

1. The Debtors', LAWRENCE VERN DUCHANE'S and SALLY ANN DUCHANE'S, net monthly income has decreased from $7,492.38 per month, to $7,442.89; and that the Debtors monthly expenses have increase from $5,203.88 per month, to $5,379.33. That the change in net monthly income is due to an increased cost of living expenses of the Debtors.

2. That Debtors' household monthly expenses have increased due to the economy.

3. That unsecured creditors filed claims in the amount of $149,311.37. That as of the date of filing Debtors' Chapter 13 Plan modification, Debtors have paid $1,555.29 towards the unsecured claims filed (approximately 1.03%). That Debtors anticipate that under the Chapter 13 Plan modification, they will pay an additional $22,278.02 (approximately 14.92%) towards the remaining balance owed on the claims filed by unsecured creditors.

4. The Debtor has made each and every Plan payment of $2,288.50, per month Pre-Confirmation and $2,388.50 Post-Confirmation, and can afford to continue making the decreased payment of $2,063.56 per month towards their Chapter 13 Plan with the increases in payments to $2,360.73 on September 1, 2013, and $2,595.08 on March 1, 2014, when Debtor's, SALLY ANN DUCHANE'S, 401(K) Loans have been paid off. The proposed Chapter 13 Plan modification does decrease the percentage

dividend to be paid to unsecured creditors who have filed claims.

In all other respects the Plan previously filed remains unchanged.


Dated: October 7, 2011 /s/ Lawrence Vern Duchane
LAWRENCE VERN DUCHANE, Debtor


Dated: October 6, 2011 /s/ Sally Ann Duchane
SALLY ANN DUCHANE, Debtor


Dated: October 7, 2011 /s/ Russell J. Perry, Jr.,
RUSSELL J. PERRY, JR.
Attorney for Debtor
4407 State Street
Saginaw, MI 48603
Phone: (989) 792-4395
Fax: (989) 792-7759
Email: fahuat1@msn.com
[Bar Number: P26894]

**CHAPTER 13-MODEL WORKSHEET**

| PLAN PAYMENTS | | TOTALS |
|---|---|---|
| PRE-CONFIRMATION: | $_____. | $ |
| | $_____ each | $ |
| POST-CONFIRMATION: (Multiply) 24 | $ 2,063.56 each | $ 49,525.44 |
| 5 | $ 2,360.73 each | $ 11,803.65 |
| 18 | $ 2,595.08 each | $ 49,711.44 |
| Estimated Tax Refunds: | ********************** | $ |
| Other Funding Provisions: Trustee Balance on Hand | ********************** | $ 9.02 |
| **TOTAL ESTIMATED PLAN PAYMENTS** | ********************** | $ 108,049.55 |
| **DISBURSEMENTS:** | ********************** | ***************** |
| Trustee Fees | $ 5,186.38 | ***************** |
| Attorney Fees | $ 800.00 | ***************** |
| House Payments: 47 X $1,340.89 | $ 63,021.83 | ***************** |
| Escrow: __ payments X ___ each | $ | ***************** |
| Arrearage (including interest) | $ | ***************** |
| **SECURED CLAIMS (INCLUDING INTEREST)** | ********************** | ***************** |
| Creditor: Key Bank | $ 16,763.32 | ***************** |
| Creditor: | $ | ***************** |
| Creditor: | $ | ***************** |
| Creditor: | $ | ***************** |
| Creditor: | $ | ***************** |
| **SPECIAL UNSECURED CLAIMS:** | ********************** | ***************** |
| Creditor: | $ | ***************** |
| Creditor: | $ | ***************** |
| Creditor: | $ | ***************** |
| **TOTAL ADMINISTRATIVE, SECURED AND SPECIAL CLAIMS:** | ******************************************* | $ 85,771.53 |
| **ESTIMATED FUNDS FOR UNSECURED CLAIMS** | ********************** | $ 22,278.02 |
| Priority Claims Per Schedule "E" | ********************** | $ 0.00 |
| Estimated Funds for Non-Priority Unsecured Claims | ********************** | $ 22,278.02 |
| Balance owed on Unsecured Creditor Claims | $ 149,311.37 | ***************** |
| Secured Deficiency Claims | $ 0.00 | ***************** |
| Total Non-Priority Unsecured Claims | ********************** | $ 149,311.37 |
| **ESTIMATED PERCENTAGE DIVIDEND TO NON-PRIORITY UNSECURED CLAIMS** | ******************************************* | 14.92 % |

**THIS COMPUTATION OF THE PERCENTAGE DIVIDEND IS AN ESTIMATE ONLY**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

LAWRENCE VERN DUCHANE and　　　　　　　　Case No. 10-22593
SALLY ANN DUCHANE,　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　Hon. Daniel S. Opperman

　　　　Debtor(s).
_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED
## SECOND CHAPTER 13 PLAN MODIFICATION

The deadline to file an objection to the attached proposed second chapter 13 plan modification is 21 days after service

If no timely objection is filed, the proponent of the plan modification may file a certificate of no object and the modified plan will them become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objection.

Objections to the attached proposed second chapter 13 plan modification shall be served on the following:

　　Russell J. Perry, Jr.　　　　　　　Thomas W. McDonald, Jr.
　　Attorney at Law　　　　　　　　　Chapter 13 Trustee
　　4407 State Street　　　　　　　　3144 Davenport Avenue
　　Saginaw, MI  48603　　　　　　　 Saginaw, MI  48602

Dated: October 7, 2011　　　　　　　 /s/ Russell J. Perry, Jr.
　　　　　　　　　　　　　　　　　　RUSSELL J. PERRY, JR.
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　4407 State Street
　　　　　　　　　　　　　　　　　　Saginaw, MI  48603
　　　　　　　　　　　　　　　　　　Phone: (989) 792-4395 Fax: (989) 792-7759
　　　　　　　　　　　　　　　　　　Email: fahuat1@msn.com
　　　　　　　　　　　　　　　　　　[Bar Number: P26894]